UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| K-BEECH, INC. | * | |
| Plaintiff, | * | |
| v. | * | CA NO: 11-CV-1774-AW |
| DOES 1 – 22 | * | |
| Defendants. | * | |

### OPPOSITION TO MOTION TO QUASH SUBPOENA AND SEVER DOE 6

COMES NOW the Plaintiff, K-Beech, Inc., by and through undersigned counsel, and files this Opposition to Motion to Quash Subpoena and Sever Defendant Doe 6. In support of the foregoing, Plaintiff states as follows:

On September 7, 2011, Doe 6 filed a Motion to Quash Subpoena and Sever Doe 6 . On September 24, 2011, Plaintiff filed a Notice of Voluntary Dismissal of Doe 6 form this matter.

The dismissal of Does 6 from this matter has rendered moot the Motion to Quash and Sever filed by said Doe the Subpoena in question.

WHEREFORE, the Plaintiff prays that the Motion to Quash and Sever filed by Doe 6 be denied moot.

**DATED: September 26, 2011**                    Respectfully Submitted,

                                                  K-BEECH, INC., PLAINTIFF

                                                  By  _/s/ Jon A. Hoppe_____
                                                    Jon A. Hoppe, Esquire #6479
                                                    Counsel
                                                    Maddox, Hoppe, Hoofnagle &
                                                       Hafey, L.L.C.
                                                    1401 Mercantile Lane #105
                                                    Largo, Maryland 20774
                                                    (301) 341-2580

## **CERTIFICATE OF SERVICE**

   I HEREBY CERTIFY, that on September 24, 2011, a true copy of the forgoing Notice was served via CM/ECF upon the following:

Michael L. Sandul, Esquire
The Law Office of Michael L. Sandul
1130 Annapolis Rd, Ste 101
Odenton, MD 21113

John M.G. Murphy, Esquire
The Law Office of John M.G. Murphy, LLC
20 South Charles Street #702
Baltimore, Maryland 21201

                _/s/ Jon A. Hoppe_____
                Jon A. Hoppe, Esquire