IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| K-BEECH, INC., <br> Plaintiff, <br><br> v. <br><br> DOES 1 – 22, <br> Defendants. | Civil Action No. 11-cv-01774-AW |

*************************************************************************

**Order**

Pending before the Court is Defendant John Doe 6's motion to quash subpoena and to sever his case from the other Defendants. *See* Doc. No. 10. In response to Defendant's motion, Plaintiff voluntarily dismissed Defendant John Doe 6 from this action, without prejudice. Accordingly, it is, this 28th day of September, 2011, ordered that:

1) Defendant John Doe 6's motion to quash subpoena and to sever, Doc. No. 10, is DENIED as moot;

2) John Doe 6 is DISMISSED from this case; and

3) The Clerk transmit a copy of this Order to Counsel.

                                                                /s/
                                            Alexander Williams, Jr.
                                            UNITED STATES DISTRICT JUDGE