IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| K-BEECH, INC., Plaintiff, | * * * * | |
| v. | * * | Civil Action No. 11-cv-01774-AW |
| DOES 1 – 22, Defendants. | * * * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Order**

Pending before the Court is Defendant John Doe's motion to quash subpoena. *See* Doc. No. 10. This John Doe is proceeding *pro se* in this matter. After Defendant John Doe moved to quash, Plaintiff voluntarily dismissed with prejudice Doe Defendants 8 and 12 who were assigned the IP Addresses 69.136.234.145 and 108.8.1.79, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). *See* Doc. No. 16.

The Court does not know whether the Defendant John Doe who filed a Motion to Quash is John Doe 8, John Doe 12, or another one of the twenty-two John Does named in this case. The John Doe who filed the Motion to Quash did not specify by number which Doe it was and provided no information with the Clerk of the Court so that the Court can ascertain such information or otherwise contact the Defendant. *See* Doc. No. 14. Because John Doe's motion to quash is moot if John Doe is no longer a party to this case, the Court declines to consider John Doe's motion until the Court knows which John Doe (by number) is bringing the motion. Additionally, the John Doe must provide contact information to the Clerk of the Court so that the Defendant can be apprised of this Order and any other Orders the Court may issue in this matter.

**Any contact information provided to the Clerk of the Court will not be disclosed to Plaintiff, but will be used solely for the purposes stated above**. Accordingly, it is, this 7th day of October, 2011, ordered that:

1) The Court GRANTS Plaintiff's voluntary dismissal with prejudice of Doe Defendants 8 and 12, Doc. Nos. 15, 16;

2) The John Doe who filed the Motion to Quash on September 29, 2011, Doc. No. 14, must identify itself by number within **14 (fourteen)** days, and the Court will not consider this Party's Motion to Quash unless and until it identifies itself by number; and

1) This same John Doe, who is proceeding *pro se*, must provide the Clerk of the Court with contact information for the sole purpose that the Court can contact this John Doe as necessary; and

2) The Clerk transmit a copy of this Order to Counsel.

                                                          /s/
                                        Alexander Williams, Jr.
                                        UNITED STATES DISTRICT JUDGE