UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CASE NO. 8:11-cv-01774-AW

| | |
|---|---|
| K-BEECH, INC.<br><br> Plaintiff,<br><br>v.<br><br>JOHN DOES 1-22.<br><br> Defendants. | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL <u>WITHOUT PREJUDICE OF DOE 1 ONLY</u>** |

**PLEASE TAKE NOTICE** Plaintiff hereby voluntary dismisses <u>without prejudice</u> Doe Defendant 1 who was assigned the IP Address 74.95.81.147 pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). For the avoidance of doubt, Plaintiff is <u>not</u> voluntarily dismissing any other Defendant.

Defendant Doe 1 has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

               Respectfully Submitted,

               K-BEECH, INC., PLAINTIFF

               By  _/s/ Jon A. Hoppe_____
                 Jon A. Hoppe, Esquire #6479
                 Maddox, Hoppe, Hoofnagle &
                 Hafey, L.L.C.
                 1401 Mercantile Lane #105
                 Largo, Maryland 20774
                 (301) 341-2580

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY, that on October 7, 2011, a true copy of the forgoing Notice was serve via CM/ECF to Michael Layne Sandul, The Law Offices of Michael L Sandul, 1130 Annapolis Rd, Ste 101, Odenton, MD 21113. Tel: (410) 5519323 Fax: (410) 5511566 Email: mike@sindlerlaw.com.

                                                                                                 */s/ Jon A. Hoppe*_____
                                                                                                   Jon A. Hoppe, Esquire