UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CASE NO. 8:11-cv-01774-AW

| | |
|---|---|
| K-BEECH, INC.<br><br>    Plaintiff,<br><br>v.<br><br>JOHN DOES 1-22.<br><br>    Defendants. | **PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE OF DOE 10 ONLY** |

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe 10. Pursuant to the settlement agreement's terms Plaintiff hereby voluntary dismisses Doe Defendant 10 from this action with prejudice. John Doe 10 was assigned the IP Address 98.218.196.191. For the avoidance of doubt, Plaintiff is not voluntarily dismissing any other Defendant.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) Defendant Doe 10 has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Respectfully Submitted,

K-BEECH, INC., PLAINTIFF

By _/s/ Jon A. Hoppe_____
    Jon A. Hoppe, Esquire #6479
    Maddox, Hoppe, Hoofnagle &
    Hafey, L.L.C.
    1401 Mercantile Lane #105
    Largo, Maryland 20774
    (301) 341-2580