IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| K-BEECH, INC., Plaintiff, | * * * * | |
| v. | * * | Civil Action No. 11-cv-01774-AW |
| DOES 1 – 22, Defendants. | * * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **Order**

Upon considering Plaintiff's motion for extension of time to effectuate service upon each Doe Defendant, Doc. No. 20, and finding good cause shown, it is, this 16th day of November, 2011, ordered that:

1) Plaintiff's motion for extension of time, Doc. No. 20, is granted;

2) Plaintiff has until December 13, 2011 to effectuate service on each Doe Defendant; and

3) The Clerk transmit a copy of this Order to Counsel.

                                                       /s/
                                             Alexander Williams, Jr.
                                             UNITED STATES DISTRICT JUDGE