IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| K-BEECH, INC., Plaintiff, | * * * * | |
| v. | * * * | Civil Action No. 11-cv-01774-AW |
| DOES 1 – 22, Defendants. | * * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Order**

Plaintiff K-Beech, Inc. has voluntarily dismissed without prejudice all the remaining John Doe Defendants in this action. *See* Doc. No. 27. Accordingly, it is, this 14th day of December, 2011, ordered that:

1) Doe Defendants 2,3,4,5,7,9,11,13,14,15,16,17,18,19,20,21 and 22 are dismissed, without prejudice;

2) The Clerk **CLOSE** this case; and

3) The Clerk transmit a copy of this Order to Counsel.

/s/
Alexander Williams, Jr.
UNITED STATES DISTRICT JUDGE